IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**DEANDRE T. LEWIS,**

Plaintiff,

v.

**DOMINIC D. MULLENS, et al.,**

Defendants.

Case No. 2:16-cv-2607 AC P

[PROPOSED] ORDER

    Good cause appearing, Defendants' request to modify the discovery and scheduling order is granted. The last day to serve discovery requests is modified to March 14, 2018, and the discovery cut-off and last day to file motions to compel is modified to May 14, 2018.

    IT IS SO ORDERED.

DATED: February 13, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE