UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANDREA TAMARRIE LEWIS, | No. 2:16-cv-2607 AC P |
| Plaintiff, | |
| v. | ORDER |
| DOMINIC D. MULLENS, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. She has requested that the court appoint an investigator (EFC No. 20) and has filed a motion for documented gender identity acknowledgement (EFC No. 21).

On March 1, 2018, plaintiff, who has been granted leave to proceed with this action in forma pauperis pursuant to 28 U.S.C. § 1915, filed a request for a court-appointed investigator to help her investigate and prepare for trial. EFC No. 20. However, "'the expenditure of public funds [on behalf of an indigent litigant] is proper only when authorized by Congress,'" Tedder v. Odel, 890 F.2d 210, 211-12 (9th Cir. 1989) (quoting United States v. MacCollom, 426 U.S. 317, 321 (1976)), and the in forma pauperis statute does not authorize the expenditure of public funds for investigators, 28 U.S.C. § 1915. The court cannot appoint an investigator and will therefore deny plaintiff's request.

////

Plaintiff has also filed a motion for documented gender identity acknowledgement in which she informs the court of her identity as a transgender woman and that her name has been changed from "DeAndre T. Lewis" to "DeAndrea Tamarrie Lewis." EFC No. 21. Plaintiff has submitted a copy of a name change decree from the Superior Court for the County of Amador. Id. at 4. The court will construe this motion for acknowledgement as a request to amend the docket to reflect plaintiff's name change. The court will grant the request to amend the docket and the Clerk of the Court will be ordered to update the docket to reflect plaintiff's name change. Going forward, the court will use female pronouns when referring to plaintiff.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion for a court-appointed investigator (ECF No. 20) is denied;

2. Plaintiff's motion for acknowledgement is construed as a request to amend the docket to reflect plaintiff's name change (EFC No. 21) and is granted; and

3. The Clerk of the Court shall update the docket to reflect plaintiff's name change from "DeAndre T. Lewis" to "DeAndrea Tamarrie Lewis."

DATED: March 13, 2018

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE